No. 3645.—Torres Colón, aplte., v. Colón Casanovas,

apdo.—C. D. Ponce.   Cobro de dinero.   Nov. 5 ,1926.   Desestimado el recurso a instancia del apelado, por abandono, porque después de radicada la transcripción de los autos no se ha practicado gestión alguna para perfeccionar la apelación.